UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
| Plaintiff, | ) | 2:19-CR-00093-DCLC-CRW |
| v. | ) |  |
| HAILEY LYNN MARTEL, | ) |  |
| Defendant. | ) |  |

## MEMORANDUM OPINION

Defendant Hailey Lynn Martel filed two Motions to Reduce Sentence [Docs. 121, 130]. Defendant later received a presidential commutation of her sentence [Doc. 135]. She completed her term of imprisonment and was released on May 16, 2025. Federal Bureau of Prisons, Inmate Locator, *available at* https://www.bop.gov/inmateloc/ (last accessed December 18, 2025). As a result, her pending motions are **DENIED AS MOOT**.

SO ORDERED:

s/ Clifton L. Corker
United States District Judge